IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NICHOLAS W. MILLER,**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #160349**

v.　　　　　　　　　　Case No. 3:22-cv-00266-KGB

**STEVEN DAVIS, Jail Administrator, and**
**MARK COUNTS, Sheriff, Sharp County Jail**　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Nicholas W. Miller's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 6th day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge